UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the matter of:**

|  |  |  |
|---|---|---|
|  | : |  |
| **United States of America** | : | Case No.:  2:25-mj-374 |
| v. | : |  |
| **James Ayres** | : |  |
| **5617 Lambert Rd** | : | Magistrate Judge:  Vascura |
| **Grove City, OH, 43123** | : |  |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Josh Saltar (Your Affiant), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I, Special Agent Josh Saltar (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. §§ 2252 and 2252A the distribution, transmission, receipt, and/or possession of child pornography. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that James **AYRES** committed the violations listed above.

2. I am a Special Agent (SA) with the Federal Bureau of Investigations (FBI) and have been since October 2014. I am currently assigned to the Child Exploitation and Human Trafficking Task Force, Cincinnati Division, Columbus Resident Agency. I am primarily responsible for investigating internet crimes against children, including child pornography offenses and the online exploitation of children. During my career as a SA, I have participated in various investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. I have worked with multiple international law enforcement agencies around the world, focusing on cyber-terrorism and terrorist financing through computer intrusions. I have also assisted on various cases and violations, ranging from violent crimes against children and white collar to healthcare fraud, counterintelligence, and counterterrorism.

3. As part of my duties as a Special Agent, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Prior to joining the FBI, I spent four years working as a civilian Intelligence

Specialist for the U.S. Air Force at the National Air and Space Intelligence Center located at the Wright-Patterson Air Force Base, under both the cyber and counterspace squadrons, performing classified intel and reverse engineering duties. During my employment, I have received numerous forensic trainings with the both the Department of Defense and Department of Justice, as well as from private sector security conferences. I have received multiple certifications in Windows, mobile, and memory forensics, as well as incident response and penetration testing, and am certified by the Department of Justice as a Digital Extraction Technician. I received my B.A. from Anderson University in computer science, with a focus on programming, artificial intelligence, and machine learning.

4. As a SA with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

## FACTS SUPPORTING PROBABLE CAUSE

5. On or about May 8, 2024, the National Center for Missing and Exploited Children (NCMEC) received two CyberTipline Reports #193147401 and #203162801 from the electronic service provider (ESP) Microsoft Bing Image. The report indicated that in CyberTipline Report #193147401, seven images were uploaded into BING that contained files depicting child pornography as identified using the MD5 hash matching method[1]. In CyberTipline Report #203162801, a total of three images were uploaded into Bing that contained the MD5 has matches as well. Microsoft Bing Image provided the IP address of 174.105.64.156 for both CyberTipline Reports.

6. The Ohio Internet Crimes Against Children submitted a subpoena for the IP address, date, and time of 174.105.64.156 on 05-07-2024 02:02:00 UTC to Charter Communications. Charter Communications provided the subscriber's name of James **AYRES,** and the service address of 5617 Lambert Rd. Grove City, Franklin County, Ohio 43123. The MAC number listed on the modem showed 3894ED3A9631, which was leased from September 18, 2019, at 6:09 pm to May 9, 2025, at 10:31 am.

7. On or about April 21, 2025, a Franklin County search warrant was obtained to view the images uploaded into Microsoft Bing Image from both CyberTipline Reports noted above. The following is a description of the files uploaded in CyberTipline Report #193147401:
    - The image titled *be36c9e4-275a-4c39-a5f3-3d827f75733f.jpg*, uploaded from IP address 174.105.64.156 on 05-07- 2024 02:02:42 UTC depicted a fully nude pre-pubescent female standing with her right arm behind her back and her left hand was

---

[1] A hash value is "an algorithmic calculation that yields an alphanumeric value for a file." *United States v. Stevenson*, 727 F.3d 826, 828 (8th Cir. 2013). Hash values have been referred to as a "unique digital fingerprint," *United States v. Sosa-Pintor*, 741 Fed. Appx. 207 (5th Cir. 2018), and are "regularly used to compare the contents of two files against each other." *United States v. Reddick*, 900 F.3d 636, 637 (5th Cir. 2018). Because only two identical files will return the same hash value, both law enforcement and private cloud storage companies use hash matching to identify and attempt to thwart the spread of child pornography material on the internet. *Id*. at 637-638.

      touching her vagina. The left-hand middle finger and thumb were separating the vagina.
- The image tilted *ba04a234-3a43-4d41-92f6-d518b0a73497.jpg*, uploaded from IP address 174.105.64.156 on 05-07- 2024 02:14:58 UTC depicted a fully nude pre-pubescent female. In front of the female was a naked adult male with and erect penis. The female's left hand was holding the male's testicles and the female's right hand was holding the male's penis.
- The image titled *212b0c7c-808b-4ea4-879e-1f353ff92ff9.jpg*, uploaded from IP address 174.105.64.156 on 05-07- 2024 02:00:16 UTC depicted a pre-pubescent female laying on the ground with a shirt on and her pants pulled down to her knees. The female's left hand was resting on her upped left thigh and waist while her right hand was resting on her right stomach. The female's vagina was exposed and there are adult fingers resting on the right leg of the female.

8. The following is a description of a file uploaded in CyberTipline Report #203162801:
   - The image titled *c869cb4f-04a2-4e27-95eb-93a274682fb7.jp*g, uploaded from IP address 174.105.64.156 on 12-04- 2024 08:26:48 UTC depicted a fully nude pre-pubescent female lying on a white tile floor. The female was surrounded by multiple balloons. The female was looking at the camera with both arms lying above her shoulders and her legs crossed at her ankles, with her nude vagina visible to the camera.

9. On or about April 22, 2025, a subpoena was submitted to Charter Communications for updated subscriber information on IP address 174.105.64.156. Charter Communications returned the same information as the subpoena obtained by the Ohio Internet Crimes Against Children for **AYRES**.

10. During further investigation, it was discovered that an additional CyberTipline Report, specifically Report #128701561, was associated to the previous CyberTipline Reports outline above. On or about May 8, 2025, a search warrant was requested through Franklin County to view the files in CyberTipline Report #128701561. The following is a description of a file uploaded in CyberTipline Report #128701561:
    - The image titled *55e0afc8-0a31-4b4e-9c4d-daa8dbf6cf59.jpg*, uploaded from IP Address 174.105.64.156 on 07-11- 2022 11:21:02 UTC depicted a fully nude pre-pubescent female standing over top of the camera. The female's right leg was bent and propped up on something outside of the camera's view. The female was looking at the camera and smiling. The female's left arm was down to her side with her left hand resting on her left hip. The female's right arm was hanging down with her right hand lying in her groin area. The female's pointer and middle finger were separating her vagina exposing the inside of her vagina to the camera.

11. On or about May 8, 2025, a subpoena was obtained for Charter Communications' IP address 174.105.64.156, which was used on 7-11-22 11:21:02 and 7-11-22 11:21:07. Charter Communications again returned the same information related to **AYERS.**

12. On or about June 4, 2025, a Franklin County search warrant for **AYRES'** residence at 5617 Lambert Rd. Grove City, Franklin County, Oh 43123 was obtained.  The following day, it was executed.  **AYRES** was presented and received his *Miranda* warnings which he agreed to waive.  **AYRES** admitted to using his home desktop computer to view and upload child pornography through Microsoft Bing Image. That same day, **AYRES** was arrested for two counts of Pandering In Sexually Oriented Materials, a felony of the second and fourth degree, in violation of Ohio Revised Code Sections 2907.322(A)(2) and 2907.322(A)(5) respectively.

13. A preliminary forensic exam of **AYRES'** Apple iPhone 16 and Dell desktop computer was performed by law enforcement, who identified approximately eighty-four child pornography files on **AYRES'** desktop computer. The following is a description of some of the image files that were located:
    - The image with the MD5 hash *93508b2c48fc8de9629c5605c6d0916c* depicted a fully nude prepubescent female laying on a red, white and blue flannel blanket. The image displayed the female from at the upper abdomen and down to the mid thighs. The female's legs were spread apart, and an adult male's penis was penetrating the vagina of the female.
    - The image with the MD5 hash *b4a9926711ad9bac19feea246933736*b depicted a fully nude prepubescent female staring at the camera and smiling. The female was squatted down with both hand behind her holding herself up on the ground. The female's legs were spread apart and there is an object with one end resting on the floor and the other end inserted into the female's anus. The female's breast and vagina were exposed to the camera.

14. Law enforcement also learned that on or about May 9, 2007, James **AYRES** plead guilty and was sentenced for two counts of Gross Sexual Imposition, felonies in the third degree, in violation of Ohio Revised Code Section 2907.05A4.  His conviction occurred in Greene County, Ohio under case number 2007 CR 0625.  The victim(s) in each count was less than 13 years of age.

15. Based upon the foregoing, your affiant submits that there is probable cause to believe that James **AYRES** has committed the violations of 18 U.S.C. §§ 2252 and 2252A – the distribution, transmission, receipt, and/or possession of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Respectfully submitted,

*Josh Saltar*
_____
Josh Saltar
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 20th day of June 2025.

_____
Honorable Chelsey M. Vascura
United States Magistrate Judge
United States District Court
Southern District of Ohio